IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS

| | |
|---|---|
| UNITED STATES OF AMERICA | : CIVIL ACTION |
| | : |
| v. | : NO. 3:14-86 |
| | : |
| VIRGIN ISLANDS WATER AND | : |
| POWER AUTHORITY | : |

## ORDER

**AND NOW**, this 15th day of April 2026, following today's extended transcribed hearing (ECF 176) following reassignment (ECF 175) to address the parties' compliance with the Amended Consent Decree (ECF 73), mindful of the parties' objective to address compliance and progress on a quarterly basis when warranted, having today reviewed several aspects of the Virgin Islands Water and Power Authority's progress under the Amended Consent Decree noting good faith cooperation to meet the Authority's structural concerns as we work towards eventually terminating the Amended Consent Decree (ECF 73) but also learning today of specific issues raised by the United States and confirmed by the Authority, it is **ORDERED** we:

1.    **Attach** counsel to appear for our next Quarterly (reviewing Second Quarter 2026) hearing on **July 13, 2026** at **8:45 A.M.** over Zoom.gov (https://www.zoomgov.com/j/1603982579?pwd=w2x3sylBXVsOn6QkzGgavAUuspicAr.1 ; Meeting ID: 160 398 2579 ; Passcode: 135947), or if counsel notifies us by June 26, 2026, in the St. Thomas Courthouse to evaluate the parties' ongoing progress including as to:

    a.    Repairing the emissions equipment awaiting Wartsila's attention to allow the Authority to ensure the emissions protocols are addressed as soon as possible;

    b.    Ensuring the proper functioning of the emissions monitor(s) and appropriate calculations for emissions on Unit 27 including repair by Lonestar[1];

    c.    Ensuring eighty-five percent (85%) propane fuel use;

d.    Status of funding from the Federal Emergency Management Administration represented today to be anticipated within one to two years which will allow the Authority to build out necessary redundancies to mitigate further power interruptions;

e.    Repairing Unit 15 including specific deadlines and objectives to ensure Unit 15 is repaired consistent with the representations during today's transcribed hearing;

2.    Requiring the Authority:

a.    Serve this Order by email or overnight mail no later than **April 17, 2026** under a cover letter notifying these vendors providing valuable services to the Authority of this Court's interest in compelling the attendance of the United States representatives of these vendors if warranted to ensure no entity interferes or obstructs with the Authority's immediate obligations to address the concerns previewed in this Order upon:

i.    Wartsila through <u>both</u> its senior account person responsible for the Authority's account and its Wartsila North America, Inc. Managing Director Ricardo Opperman at 11710 N. Gessner Rd., Suite A, Houston, TX 77064;

ii.    Lonestar in Texas through its senior account person responsible for the Authority's account;

b.    File a certificate of compliance with their service obligations of this Order including attaching their required cover letter to the vendors' responsible persons by no later than **April 21, 2026** confirming the Authority notified the vendors of their obligations to promptly move in response to its customer Authority's obligations to honor the Amended Consent Decree (ECF 73); and,

2

     c.     File a Notice not exceeding five pages on or before **June 5, 2026** describing its progress in moving forward with their vendors in resolving the concerns addressed during today's hearing.

_KEARNEY, J._

---

[1] The parties did not identify the full name of the Lonestar entity in Texas other than a general characterization during today's hearing. We refer to this entity as described during today's entity to avoid confusion.